Myers *v.* The State.—In error.

THE indictment in this case charges that the defendant acted as " rider in a certain horse-race which was then and there run along a public highway, in said county, between animals of the horse kind in a trial of speed."

The Court are of opinion that the charge thus made is too loose and vague to be considered sufficient in an indictment founded on section 103, c. 53, R. S.